UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:24-cr-64

vs.

STEVEN WALDON, *et al.*,                District Judge Michael J. Newman

    Defendants.

___

### SCHEDULING ORDER
___

This criminal case is before the Court following Defendants' initial appearances on July 17, 2024 and indictment on July 23, 2024. The parties have filed a joint status report and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **October 1, 2024**.[1] Doc. No. 17. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **August 12, 2024** |
| Substantive motion filing deadline: | **September 2, 2024** |
| Status report deadline: | **September 16, 2024** |
| Jury trial: | **September 30, 2024** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

July 29, 2024                                        s/Michael J. Newman
                                                        Hon. Michael J. Newman
                                                        United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.