UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 3:24-cr-64

vs.

STEVEN WALDON, *et al.*,                  District Judge Michael J. Newman

    Defendants.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO CONTINUE TRIAL (Doc. No. 24); (2) EXCLUDING THE TIME FROM OCTOBER 18, 2024 TO DECEMBER 2, 2024 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE SPEEDY TRIAL ACT DEADLINE IS DECEMBER 15, 2024; (4) VACATING THE TRIAL SCHEDULED FOR OCTOBER 30, 2024; (5) SETTING TRIAL FOR DECEMBER 11, 2024; AND (6) SETTING A STATUS REPORT DEADLINE OF NOVEMBER 22, 2024**

---

        This criminal case is before the Court upon a joint motion to continue trial.  Doc. No. 24. For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested continuance.

        The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial.  Failure to continue would deny both the Government and Defendants the time necessary for effective trial preparation and the ability to explore all available means of resolving this case.  *See* 18 U.S.C. § 3161(h)(7).

Thus, the Court hereby **CONTINUES** the instant case for 45 days.  The Court **VACATES** the October 30, 2024 trial date and **SETS** trial for **December 11, 2024**.  The time from October 18, 2024 until December 2, 2024 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendants to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the **Speedy Trial Act deadline** in the instant case is **December 15, 2024**.[1]  Finally, the Court **REQUIRES** the parties to file a joint status report by **November 22, 2024**.

     **IT IS SO ORDERED.**

October 24, 2024                                                                 s/*Michael J. Newman*
                                                                                    Hon. Michael J. Newman
                                                                                    United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.