UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                            Case No. 3:24-cr-64

vs.

STEVEN WALDON, *et al.*,                      District Judge Michael J. Newman

    Defendants.

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED JOINT MOTION TO VACATE THE TRIAL CALENDAR (Doc. No. 36); (2) EXCLUDING THE TIME FROM MARCH 25, 2025 UNTIL MAY 20, 2025 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS JUNE 2, 2025; (4) VACATING THE APRIL 8, 2025 TRIAL DATE; (5) SETTING TRIAL FOR MAY 19, 2025 AT 9:30 A.M.; AND (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY MAY 5, 2025**

This criminal case is before the Court upon the parties' unopposed joint motion to vacate the trial calendar. Doc. No. 36. Defendants have consented to the continuance. *Id*. at PageID 107. Further, the Court construes the motion as indicating Defendants waive their rights under the Speedy Trial Act. *See id.* For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested extension and continues the case.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial. Failure to continue would deny both the Government and Defendants the time necessary for effective trial preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from March 25, 2025 until May 20, 2025 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendants to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **June 2, 2025**.[1]  The Court **VACATES** the April 8, 2025 trial date and **SETS** trial for **May 19, 2025.**  Finally, the Court **REQUIRES** the parties to file a joint status report by **May 5, 2025.**

**IT IS SO ORDERED.**

March 27, 2025                           s/*Michael J. Newman*
                                         Hon. Michael J. Newman
                                         United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.