UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN WALDON,

    Defendant.

Case No. 3:24-cr-64-1

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 64); (2) GRANTING DEFENDANT'S UNOPPOSED MOTION FOR A CHANGE OF PLEA (Doc. No. 55); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE SUPERSEDING INFORMATION; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 64), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. Defendant's unopposed motion for a change of plea (Doc. No. 55) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the superseding information, which charges him with conspiracy to distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl; and a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), (b)(1)(C) and 846. The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

November 6, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge